No. 719, Misc.  CALHOUN *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 721, Misc.  ORR *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 722, Misc.  HOPE *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.  C. A. 5th Cir.  Certiorari denied.

No. 724, Misc.  JANOWICZ *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 735, Misc.  FOWLER *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 740, Misc.  ROBINSON *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 749, Misc.  RICCI *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 758, Misc.  JONES *v.* WASHINGTON ET AL.  Supreme Court of Washington.  Certiorari denied.

No. 760, Misc.  SESSIONS *v.* SOUTH CAROLINA.  Supreme Court of South Carolina.  Certiorari denied.

No. 736, Misc.  MAHONEY ET AL. *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.  *Morris Lavine* for petitioners.